RYAN J. PATTERSON (SBN 277971)
EMILY L. BROUGH (SBN 284943)
ZACKS, FREEDMAN & PATTERSON, PC
601 Montgomery Street, Suite 400
San Francisco, CA 94111
Tel: (415) 956-8100
Fax: (415) 288-9755
ryan@zfplaw.com
emily@zpflaw.com

Attorneys for Plaintiff
MICHAEL J. TURON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. TURON,<br><br>    Plaintiff and Petitioner,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO PLANNNING DEPARTMENT, SAN FRANCISCO BOARD OF APPEALS, SAN FRANCISCO ZONING ADMINISTRATOR and DOES 1-10,<br><br>    Defendants and Respondents. | Case Number: 3:21-cv-07724-TLT<br><br>**STIPULATION TO EXTEND FACT DISCOVERY CUTOFF DATE FOR DEPOSITION OF JOSEPH DUFFY; [PROPOSED] ORDER** |

To the Honorable Trina L. Thompson, District Judge of the United States District Court, Northern District of California: Pursuant to LR 6-2, Michael J. Turon ("Plaintiff") and Defendant City and County of San Francisco, sued herein as City and County of San Francisco; San Francisco Planning Department; San Francisco Board of Appeals; and San Francisco Zoning Administrator (collectively, "Defendant") by and through their attorneys of record hereby stipulate and agree as follows:

WHEREAS, on December 13, 2022, the Court entered a second modified order to continue the date for fact discovery cut-off to February 13, 2023 and to continue the hearing date for any dispositive motions to March 7, 2023 at 2:00pm.

WHEREAS, Joseph Duffy, Deputy Director of Inspection Services of the San Francisco Department of Building Inspection, is scheduled to be deposed on February 7, 2023. Mr. Duffy went into the emergency room on February 3, 2023, and will be having a medical procedure this week. He will be under general anesthesia and is not expected to return to work immediately. As a result of Mr. Duffy's medical emergency, he is not available to be deposed before the February 13, 2023 discovery cutoff.

WHEREAS, in light of the unavailability of deponent Joseph Duffy the City has proposed and the parties have agreed to extend the fact discovery cutoff date by 14 days <u>with respect to Joseph Duffy's deposition only</u>.

NOW THEREFORE, the parties STIPULATE as follows:

1. The parties agree to extend the fact discovery cutoff to February 27, 2023 for the sole purpose of deposing Joseph Duffy.

IT IS SO STIPULATED.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | |
|---|---|
| Dated:  February 7, 2023 | DAVID CHIU<br>City Attorney<br>BRIAN F. CROSSMAN<br>KRISTEN A. JENSEN<br>Deputy City Attorneys |
| | By: */s/ Brian F. Crossman*<br>BRIAN F. CROSSMAN |
| | Attorneys for Defendants<br>City and County of San Francisco, et al. |
| Dated:  February 7, 2023 | ZACKS, FREEDMAN & PATTERSON, PC |
| | By: */s/ Ryan J. Patterson*<br>RYAN J. PATTERSON |
| | Attorneys for Plaintiff<br>MICHAEL J. TURON |

### [PROPOSED] ORDER

Good cause appearing, it is so ORDERED.

Dated: February 9 , 2023

_____
Hon. Trina L. Thompson
United States District Court Judge